IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-31291
_____


MIKE DOWNHOUR, Individually and on behalf of
Shawn Downhour, on behalf of Ashley Downhour,
on behalf of Callie Downhour; SHEILA KAY DOWNHOUR,
Individually and on behalf of Shawn Downhour,
on behalf of Ashley Downhour,
on behalf of Callie Downhour,

                                    Plaintiffs-Appellants,

                        versus

JASON KELLY; JAMES KELLY; NAN KELLY AMASON;
GENA AMASON AMATO; FRANCIS X. AMATO,
also known as butch Amato,

                                    Defendants-Appellees.


_____

Appeal from the United States District Court
For the Western District of Louisiana
(98-CV-350)
_____

October 4, 2001

Before REAVLEY, HIGGINBOTHAM, and PARKER, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.   *See* 5TH CIR. R. 47.6.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.